UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY DAVID JOHNSON,<br><br>                     Petitioner,<br><br>          v.<br><br>STU SHERMAN,<br><br>                     Respondent. | Case No. 5:17-01860 ODW (ADS)<br><br>ORDER ACCEPTING<br>REPORT AND RECOMMENDATION OF<br>UNITED STATES MAGISTRATE JUDGE<br>AND DISMISSING CASE |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Answer, Petitioner's Reply, and all related filings, along with the Report and Recommendation of the assigned United States Magistrate Judge dated May 14, 2020 [Dkt. No. 59], and Petitioner's Objections to Report and Recommendation [Dkt. No. 68].  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made.

     Accordingly, IT IS HEREBY ORDERED:

     1.     The United States Magistrate Judge's Report and Recommendation [Dkt.

No. 59] is accepted;

2. The Petition is dismissed with prejudice; and

3. Judgment is to be entered accordingly.

DATED: August 21, 2020 _____
THE HONORABLE OTIS D. WRIGHT, II
United States District Judge