JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BRADLEY DAVID JOHNSON, | Case No. 5:17-01860 ODW (ADS) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| STU SHERMAN, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge and Dismissing Case, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: August 21, 2020

_____
THE HONORABLE OTIS D. WRIGHT, II

United States District Judge